UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01167
    BELINDA F DEAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1422

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/10/2006 and was confirmed 04/17/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/01/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED | 10850.00 | 1154.12 | 2573.22 |
| FORD MOTOR CREDIT | UNSECURED | 3295.46 | .00 | 193.14 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | NOTICE ONLY | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 318.41 | .00 | 15.88 |
| AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| CB ACCOUNTS | NOTICE ONLY | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PROFFESSIONAL ACCOUNT MG | NOTICE ONLY | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 413.51 | .00 | 17.03 |
| SILKIES | UNSECURED | NOT FILED | .00 | .00 |
| SOUND & SPIRIT | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 275.03 | .00 | 16.12 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 714.34 | .00 | 41.86 |
| WORLD FINANCIAL NETWORK | UNSECURED | 354.30 | .00 | 17.69 |
| SELECT LEGAL PC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 227.02 |
| DEBTOR REFUND | REFUND | | | 13.92 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  4,270.00

PRIORITY                                        .00
SECURED                                    2,573.22
        INTEREST                           1,154.12
UNSECURED                                    301.72
ADMINISTRATIVE                                  .00

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 01167 BELINDA F DEAN

```
TRUSTEE COMPENSATION                                   227.02
DEBTOR REFUND                                           13.92
                      ---------------       ---------------
TOTALS                   4,270.00              4,270.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/22/08                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE